JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA GREEN,<br><br>            Plaintiff,<br><br>     v.<br><br>THE CITY OF RIVERSIDE; OFFICER ESCOBEDO; OFFICER GRANT GOOSELAW; AND DOES 1-10,<br><br>            Defendants. | Case No. 5:21-cv-00319-JWH-KKx<br><br>ORDER RE: JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br><br>Honorable District Court Judge<br><br>John W. Holcomb<br><br>Honorable Magistrate Judge Kenly Kiya Kato |

1

ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE

Having considered the parties' joint stipulation to dismiss with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. Defendant THE CITY OF RIVERSIDE, CALIFORNIA is **DISMISSED with prejudice** from the entire case and all claims stated therein;

2. Defendant OFFICER ESCOBEDO is **DISMISSED with prejudice** from the entire case and all claims stated therein;

3. Defendant OFFICER GRANT GOOSELAW is **DISMISSED with prejudice** from the entire case and all claims stated therein;

4. Defendant DOES 1-10 are **DISMISSED with prejudice** from the entire case and all claims stated therein;

5. The First Cause of Action, Unreasonable Search and Seizure—Excessive Force, stated in the Complaint is **DISMISSED with prejudice** as to all defendants;

6. The Second Cause of Action, Unreasonable Search and Seizure—Denial of Medical Care, stated in the Complaint is **DISMISSED with prejudice** as to all defendants;

7. The Third Cause of Action, Municipal Liability—Unconstitutional Custom or Policy, stated in the Complaint is **DISMISSED with prejudice** as to all defendants;

8. The Fourth Cause of Action, Municipal Liability—Failure to Train, stated in the Complaint is **DISMISSED with prejudice** as to all defendants;

9. The Fifth Cause of Action, Municipal Liability—Ratification, stated in the Complaint is **DISMISSED with prejudice** as to all defendants;

10. All parties agree to bear their own fees and costs incurred in the above referenced case.

**IT IS SO ORDERED.**

DATED: September 29, 2021

*[signature]*
John W. Holcomb
UNITED STATES DISTRICT JUDGE